TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00396-CV

John L. Williamson, Appellant

v.

City of Austin, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT

NO. 98-00743, HONORABLE JOHN K. DIETZ, JUDGE PRESIDING 

PER CURIAM

 Because John L. Williamson has neither paid for nor made arrangements to pay for
the clerk's record, we will dismiss this appeal for want of prosecution. See Tex. R. App. P.
35.3(a)(2).

 John L. Williamson filed an appeal on the merits of the trial court's decision of
April 21, 1998, granting plea to the jurisdiction and sustaining a contest to his affidavit of inability
to pay costs of appeal. On October 16, 1998, this Court ordered the clerk and court reporter to
prepare without charge and file the portions of the record necessary to review the order sustaining
the contest to the affidavit of indigence. After reviewing the clerk's record, the court reporter's
record, appellant's brief, appellee's response, and appellant's reply brief, this Court affirmed that
part of the trial court's order upholding the contest to appellant's affidavit of inability to pay costs
of appeal.

 Accordingly, appellant was ordered to deposit with the district clerk and the Clerk
of this Court sums sufficient for all court costs. Appellant was further advised that failure to pay,
or make arrangements for the payment of said costs before July 5, 1999, might result in the
dismissal of this appeal for want of prosecution. The clerk of the trial court and the court reporter
were ordered to file their respective records within thirty days of the payment of costs, but in no
event shall they be filed later than August 4, 1999,

 Notice was received from both the Travis County district clerk's office and the
court reporter for the 250th District Court on September 29, 1999, that appellant had neither paid
nor made arrangements for the payment of costs.

 Accordingly, we dismiss the appeal for want of prosecution on our own motion. 
See id. 42.3(b).

Before Chief Justice Aboussie, Justices B. A. Smith and Yeakel

Dismissed for Want of Prosecution

Filed: October 7, 1999

Do Not Publish